UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
FEB 0 6 2007


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ALFRED A. LEVITT, | \* | CIV 06-4228 |
| Petitioner, | \* | |
| -vs- | \* | ORDER |
| JERROLD G. COOLEY, Chief U.S. Probation Officer (Montana); and J.D. WHITEHEAD, Warden (FPC Yankton), | \* | |
| Respondents. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Petitioner Alfred A. Levitt, an inmate at the Federal Prison Camp in Yankton, South Dakota, petitions this Court for a writ of habeas corpus under 28 U.S.C. § 2241. Accordingly,

IT IS ORDERED:

1. That the Clerk of Courts is directed to serve upon the Respondent J.D. Whitehead, Warden, Federal Prison Camp, in Yankton, South Dakota, and the United States Attorney for the District of South Dakota, by certified mail, a copy of the petition for writ of habeas corpus, Doc. 1, and this Order.

2. That Respondent J.D. Whitehead is directed to show cause why the writ should not be granted within twenty days after service.

Dated this 6th day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK,
BY: _____
(SEAL)   DEPUTY